U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 21 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES SAXON, ET AL. | CIVIL ACTION NO. 06-2339 |
| versus | JUDGE HICKS |
| RONALD C. THOMAS, ET AL. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Defendants' notice of removal does not plead with specificity the state of incorporation for Defendants American Home Assurance Company and C & H Powerline Construction, Inc. There are also insufficient facts presented in the petition and the notice of removal to meet the removing parties' burden of establishing that at least one plaintiff's claim puts more than $75,000 in controversy. The rules regarding these issues and the removing law firm's history of repeated failures to comply with those rules are set forth in the Memorandum Order in Hampton v. Fred's Stores, 06 CV 721 (Doc. 10). The removing parties will be permitted until **February 2, 2007** to file an Amended Notice of Removal that attempts to cure the defects. If Defendants do not cure the defects and Plaintiffs file a motion to remand that is granted, the court will order the removing parties to pay the associated attorney's fees and costs.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 20th day of December, 2006.

                                        MARK L. HORNSBY
                          UNITED STATES MAGISTRATE JUDGE